# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAY MOYER, | ) |
| | ) |
| Plaintiff, | ) |
| | )   8:05CV223 |
| vs. | ) |
| | )   ORDER |
| BNSF RAILWAY COMPANY, | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on plaintiff's motion to file a redacted version of the complaint (Filing No. 6). The Court finds said motion should be granted. Accordingly,

**IT IS ORDERED:**

1) The Clerk shall seal plaintiff's original complaint (Filing No. 1).

2) Plaintiff shall file a redacted version of the complaint on or before May 27, 2005.

**DATED May 23, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**