05-214   05-223
05-218   05-224
05-219   05-225
05-220   05-226
05-221
05-222

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG -5 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-250)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,842 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

| Inasmuch as no objection is pending at this time, the stay is lifted. |
| :--- |
| AUG 2 3 2005 |
| CLERK'S OFFICE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

PAGE 1 OF 2

# SCHEDULE CTO-250 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-1461 | Manuel Rampola, et al. v. Viacom, Inc., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 05-1989 | Wilmer Moore v. Union Pacific Railroad Co. |
| **ILLINOIS SOUTHERN** | |
| ILS 4 05-4104 | Stanley Pepple, et al. v. Illinois Central Gulf Railroad Co. |
| ILS 4 05-4108 | Daniel Maynor, et al. v. Illinois Central Gulf Railroad Co. |
| **MASSACHUSETTS** | |
| MA 1 05-10812 | Beverly Pearson, et al. v. Metropolitan Life Insurance Co., et al. |
| **MARYLAND** | |
| MD 1 05-1181 | Richard Peamon v. Celotex Asbestsos Settlement Trust |
| **MINNESOTA** | |
| MN 0 04-4239 | Daniel Clarence Gallagher v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1126 | Harvey Edward Hall v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1194 | Francis Wayne Coy v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1195 | Richard Willard Eklund v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1196 | Kent Ernest Flaada v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1197 | Harry A. Friesner v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1198 | Floyd Raymond Grover v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-1199 | Lester Leroy Haveri v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1200 | Joseph Lawrence Heitzman v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-1201 | Darfrel Floyd Johnson v. Garlock Sesaling Technologies, LLC, et al. |
| MN 0 05-1202 | Harold Waino Johnson v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1203 | Herbert James Johnson v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1205 | Daniel Joseph Kedrowski v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1206 | Raymond W. Lindberg v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1207 | John Frederick Rokser v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1208 | Allen Eugene Scott v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-1209 | Richard Roy Tornow v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1210 | David Luther Trach v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-291 | William C. Fells v. Chevrolet Motor Co., et al. |
| MSS 1 05-292 | Burnell Morgan v. Auto Zone, Inc., et al. |
| MSS 1 05-295 | Ulysses George v. Auto Zone, Inc., et al. |
| MSS 1 05-296 | Joseph George v. American Brake & Clutch, Inc., et al. |
| MSS 1 05-311 | William Johnson, Sr., et al. v. Metropolitan Life Insurance Co., et al. |
| MSS 1 05-312 | Marvin Jefferson, et al. v. Crane Co., et al. |
| MSS 1 05-313 | Bobby Lee Bolton, et al. v. A.P. Green Refractories Co., et al. |
| MSS 1 05-314 | Archie Nicols v. Metropolitan Life Insurance Co., et al. |
| MSS 1 05-315 | W.C. Laird v. A.P. Green Refractories Co., et al. |
| MSS 1 05-316 | Harry Borden Stewart, et al. v. Metropolitan Life Insurance Co., et al. |
| ~~MSS 1 05-328~~ | ~~Charles Bunnell v. Metropolitan Life Insurance Co., et al.~~ **Opposed 8/16/05** |

SCHEDULE CTO-250 - TAG-ALONG ACTIONS                                     PAGE 2 OF 2

**DIST. DIV. C.A. #**          **CASE CAPTION**

NORTH CAROLINA MIDDLE
  NCM 1 05-377              Kenneth Arnold Poteat, Jr., et al. v. Aqua-Chem, Inc., et al.

NEBRASKA
  NE 8 05-214               Gordon Sanders v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-218               Larry Miller v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-219               Ronald Ringland v. Burlington Northern & Northern Railway Co.
  NE 8 05-220               Elmer Kahler v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-221               James Kremarik v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-222               Alan Fisher v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-223               Ray Moyer v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-224               Gary Heckathorn v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-225               Larry Nelson v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-226               John Elliott v. Burlington Northern & Santa Fe Railway Co.

NEW YORK WESTERN
  NYW 1 05-278              Antonio Brevetti v. Chemical Waste Management, Inc., et al.

SOUTH CAROLINA
  SC 2 05-1581              David H. Howe, et al. v. Aqua-Chem, Inc., et al.
  SC 8 02-1974              Richard L. Russell, et al. v. ACandS, Inc., et al.
  SC 8 05-1871              Jennie L. Boggs, etc. v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
  TXS 2 05-317              Adelina N. Mendoza, et al. v. Reynolds Metals Co., Inc.

VIRGINIA EASTERN
  VAE 4 05-2929             James Fred Keeton, Jr. v. ACandS, Inc., et al.
  ~~VAE 4 05-2951~~           ~~Harriett C. King v. Northrop Grumman Systems Corp., et al.~~   **Opposed 8/19/05**
  VAE 4 05-2952             Percy Thomas v. Union Carbide Corp., et al.

WISCONSIN WESTERN
  WIW 3 05-219              Barbara Connell, et al. v. A.W. Chesterton Co., et al.

# INVOLVED COUNSEL LIST (CTO-250)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

John M. Anderson
Bassford Remele, PA
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3701

Franklin Keith Ball
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

David F. Beach
Drath Clifford Murphy & Hagen
1999 Harrison Street, Suite 1900
Oakland, CA 94612-3517

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Bruce T. Bishop
Wilcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, VA 23510

Bryan O. Blevins, Jr.
Provost & Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

James H. Bolin
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Joel M. Bondurant, Jr.
Haynsworth, Sinkler, Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Alexander M. Bullock
Evert & Weathersby, LLC
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Thomas F. Burris, III
Law Offices of Peter T. Nicholl
430 Crawford Street, Suite 202
Portsmouth, VA 23704

Ashley E. Cannady
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Adam M. Chud
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

Dennis A. Clary
Clary & Bax, LLP
904 Center St.
P.O. Box 1044
Lewiston, NY 14092-0732

Lawrence M. Coco, III
Baker, Donelson, Bearman, et al.
P.O. Box 14167
Jackson, MS 39236-4167

William Robert Coleman, Jr.
Scott, Sullivan, Streetman & Fox
P.O. Box 13847
Jackson, MS 39236-3847

William David Conner
Haynsworth Sinkler Boyd
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Marcy B. Croft
Forman, Perry, Watkins, Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

William S. Davies, Jr.
Nelson, Mullins, Riley & Scarborough
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Dana Hefter Davis
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Jessica B. DeGroote
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Mark O. Denehy
Adler, Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Steven Michael Dicker
Dicker & Dicker
300 West Adams Street, Suite 330
Chicago, IL 60606

David R. Donadio
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169

Thomas F. Dougall
Law Office of Thomas F. Dougall
1713 Woodcreek Farms Road
Elgin, SC 29045

Michael W. Drumke
Schiff Hardin LLP
233 South Wacker Drive
6600 Sears Tower
Chicago, IL 60606

John A. Eaves, Jr.
John Arthur Eaves Law Office
101 North State Street
Jackson, MS 39201

Christopher E. Fitzgerald
Fitzgerald & Associates, PLLC
2113 Government Street, D-3
Ocean Springs, MS 39564

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Amy M. Gantvoort
120 Broadway, Suite 300
Santa Monica, CA 90069

William P. Gavin
Gavin Law Firm
17 Park Place Professional Centre
Belleville, IL 62226

Dan J. Gendreau
Rider Bennett, LLP
33 South Sixth Street, Suite 4900
Minneapolis, MN 55402

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Robert V. Greenlee
Forman, Perry, Watkins, Krutz &
Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

Allyson S. Hauck
Thornton & Naumes, L.L.P.
100 Summer Street, 30th Floor
Boston, MA 02110

Cecil M. Heidelberg
Maison Heidelberg, PA
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157

Scott W. Henry
Segal, McCambridge, Singer &
Mahoney, Ltd.
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Lori E. Jarvis
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Christopher H. Jones
Phelan, Pettit & Biedrzycki
121 South Broad Street, Suite 1600
Phildelphia, PA 19107

Thomas J. Joyce, III
Hannon & Joyce
The Curtis Center
Independence Square West, Suite 450
Philadelphia, PA 19106

Daniel J. Kelly
Haight, Brown & Bonesteel
100 Bush Street, 27th Floor
San Francisco, CA 90104-3929

Gary W. Kendall
Michie, Hamlett, Lowry, et al.
500 Court Square, Suite 300
P.O. Box 298
Charlottesville, VA 22902-0298

Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Mark R. Kurz
Gundlach, Lee, Eggman, et al.
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223-0560

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Donald W. Martin, Jr.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030

Christopher O. Massenburg
Aultman, Tyner & Ruffin, Ltd.
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Christopher D. Mauriello
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Damon G. McClain
Sedgwick Detert Moran & Arnold
One Embarcadero Center, 16th Floor
San Francisco, CA 94111

Daniel J. Mohan
Daley & Mohan, P.C.
150 North Wacker Drive, Suite 1550
Chicago, IL 60606

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Tiffany L. Newlin
Baron & Budd
3102 Oaklawn Avenue, Suite 1100
Dallas TX 75219

Robert L. Norton
Jones & Granger
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210-4340

Keith D. Obert
Obert Law Group, P.A.
P.O. Box 2081
Madison, MS 39130-2081

David T. Owens
Hunton & Williams
1601 Bryan Street, 30th Floor
Dallas, TX 75201

Ann I. Park
Pond North, LLP
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071

Keith E. Patterson
Yaron & Associates
601 California Street, 21st Floor
San Francisco, CA 94108-2281

Richard Peamon
101 Center Place
Baltimore, MD 21222

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

Michael S. Polk
Sieben, Polk, LaVerdiere, et al.
999 Westview Drive
Hastings, MN 55033-2495

James B. Pressly, Jr.
Haynsworth, Marion, et al.
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602

Steven J. Pugh
Richarson, Plowden, et al.
P.O. Drawer 7788
Columbia, SC 29202

Duval C. Ravenel
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

John J. Repcheck
Marks, O'Neill, O'Brien, et al.
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Trudy Hartzog Robertson
Moore & Van Allen, PLLC
P.O. Box 22828
Charleston, SC 29413-2828

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West, Suite 410
Houston, TX 77018

Thomas C. Sattler
Wolfe, Snowden Law Firm
1248 O Street
Suite 800, Wells Fargo Center
Lincoln, NE 68508-1424

Brian James Schneider
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025

E. Terry Sibbernsen
Sibbernsen, Strigenz Law Firm
8805 Indian Hills Drive, #325
P.O. Box 24268
Omaha, NE 68124

Frances L. Spinelli
Evert & Weathersby, LLC
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Erik K. Swanson
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5308

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Jennifer M. Techman
Evert & Weathersby, LLC
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305

Mark S. Thomas
Maupin, Taylor, PA
P.O. Drawer 19764
Raleigh, NC 27619-9764

Patrick T. Tierney
Collins, Buckley, Sauntry & Haugh
West 1100 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Carlos Uresti
Chaves Gonzales, et al.
802 N. Carancahua, Suite 200
Corpus Christi, TX 78470

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Consuelo W. Walley
Law Offices of Jon A. Swartzfager
442 N. 6th Avenue
P.O. Box 131
Laurel, MS 39441-0131

Henry N. Ware, Jr.
Spotts Fain, PC
411 E Franklin St
P.O. Box 1555
Richmond, VA 23218-1555

Louis H. Watson, Jr.
Watson & Heidelberg
520 East Capitol Street
Jackson, MS 39201-2703

Kenneth L. Weltz
Lathrop & Gage, L.C.
10851 Mastin Blvd.
Building 82, Suite 1000
Overland Park, KS 66210-1669

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 St. Paul Street, Suite 300
Baltimore, MD 21202

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes & Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802

Lee Ruffin Wilson
Bowers Orr, LLP
P.O. Box 25389
Columbia, SC 29224

Laura P. Yee
Knott & Glazier
201 Spear Street, Suite 1520
San Francisco, CA 94105

# INVOLVED JUDGES LIST (CTO-250)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
P.O. Box 447
Columbia, SC 29202-0447

Hon. Laurie Smith Camp
U.S. District Judge
3210 Roman L. Hruska U.S.
Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Barbara B. Crabb
Chief Judge, U.S. District Court
P.O. Box 591
Madison, WI 53701-0591

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. James L. Foreman
Senior U.S. District Judge
740 U.S. Courthouse
301 West Main Street
Benton, IL 62812

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Jerome B. Friedman
U.S. District Judge
Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Hon. Robert W. Gettleman
U.S. District Judge
Everett McKinley Dirksen U.S.
Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Walter J. Gex III
Senior U.S. District Judge
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 714
Gulfport, MS 39501

Hon. J. Phil Gilbert
U.S. District Judge
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Hon. Janis Graham Jack
U.S. District Judge
320 U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Richard G. Kopf
U.S. District Judge
586 Robert V. Denney U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. William M. Nickerson
Senior U.S. District Judge
330 Edward A. Garmatz
 Federal Building
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. William M. Skretny
U.S. District Judge
507 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. N. Carlton Tilley, Jr.
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 3443
Greensboro, NC 27402

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. William G. Young
Chief Judge, U.S. District Court
5710 John Joseph Moakley
 U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

# INVOLVED CLERKS LIST (CTO-250)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Elizabeth Paret, Clerk
P.O. Box 494
Newport News, VA 23607-0494

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

Joseph W. Skupniewitz, Clerk
U.S. District Court
P.O. Box 432
Madison, WI 53701-0432

Larry W. Propes, Clerk
P.O. Box 835
Charleston, SC 29402-9835

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Norbert G. Jaworski, Clerk
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Rodney C. Early, Clerk
304 U.S. Courthouse
68 Court Street
Buffalo, NY 14202-1368

Sarah Thornton, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002